IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS RIGGS and
MICHAEL DALE RIGGS,

    Plaintiffs,

v.                                            Civ. No. 1:24-cv-00790-KG-LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE COUNSEL FOR STATE FARM

THIS MATTER having come before the Court on the parties' Stipulated Motion to Substitute Counsel for State Farm (Doc. 9), the Court having reviewed the Motion, noting that it is unopposed, and finding good cause, FINDS that this Motion is well-taken and should be GRANTED.

IT IS THEREFOR ORDERED that ALLEN, SHEPHERD & LEWIS, P.A., shall be and hereby is noted to have withdrawn as counsel for State Farm, and that Miller Stratvert P.A. is of record as counsel for State Farm.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Todd A/ Schwarz
Todd A. Schwarz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM 87125
Phone: (505) 842-1950
Email: tschwarz@mstlaw.com


APPROVED BY:

 */s/ Erika E. Anderson – Approved via email*
Erika E. Anderson
LAW OFFICES OF ERIKA E. ANDERSON
105 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 944-9039/Fax: (505) 554-1202
erika@eandersonlaw.com
*Attorney for Plaintiff*

 */s/ Katrina M.  Bagley – Approved via email*
Katrina M. Bagley
ALLEN, SHEPHERD & LEWIS, P.A.
P.O. Box 94750
Albuquerque, NM 87199
(505) 341-0110
kbagley@allenalwnm.com
*Attorneys for State Farm Mutual*
*Automobile Insurance Company*