## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THOMAS RIGGS and
MICHAEL DALE RIGGS,

    Plaintiffs,

v.                                          Civ. No. 1:24-cv-00790-KG-LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiffs, Thomas Riggs and Michael Dale Riggs (Doc. 11), all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiffs herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

LAW OFFICES OF ERIKA E. ANDERSON

*/s/ Erika E. Anderson – Approved via email*
Erika E. Anderson
Attorney for Plaintiff
105 Bryn Mawr Dr. SE
Albuquerque, NM 87106


**APPROVED BY:**

MILLER STRATVERT P.A.

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendant
Post Office Box 25687
Albuquerque, New Mexico  87125